ALEXANDER *v.* CITY OF DETROIT.

MUNICIPAL CORPORATIONS—TAXATION—SPECIAL ASSESSMENTS—ABUT-
TING OWNERS.

Assessment of plaintiffs' property for paving and sidewalk
taxes, as abutting street, was properly set aside, where five-
foot strip of land owned by city lay between street and plain-
tiffs' property.

Appeal from Wayne; Campbell (Allan), J. Sub-
mitted April 19, 1932. (Docket No. 156, Calendar
No. 36,346.) Decided June 6, 1932.

Bill by William A. Alexander and another against
City of Detroit, a municipal corporation, to set aside
a special assessment. Decree for plaintiffs. De-
fendant appeals. Affirmed.

*Jorgensen & Alexander,* for plaintiffs.

*Walter Barlow* (*Clarence E. Wilcox,* of counsel),
for defendant.

FEAD, J. Defendant, by condemnation proceed-
ings, acquired the whole of a certain lot for the pur-
pose of opening and widening an avenue. It used
only part of the lot for such purpose, leaving un-
used a five-foot strip between the street and plain-
tiffs' property. It levied special paving and side-
walk taxes, itself paid the assessment on the five-
foot strip and assessed plaintiffs as owners abut-
ting the street. Plaintiffs brought this suit to set
aside the assessment, restrain its collection, and for
other relief appropriate thereto, and had decree.

The case is ruled by *Panfil* v. *City of Detroit,* 246
Mich. 149, and the decree is affirmed, with costs.

CLARK, C. J., and McDONALD, POTTER, NORTH,
WIEST, and BUTZEL, JJ., concurred. SHARPE, J., took
no part in this decision.

On effect of intervention of narrow strip owned by third person
between the street and property sought to be assessed, see anno-
tation in L. R. A. 1916B, 1033.